# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                               Case No. 15−30207
                                                          Chapter 13

Frederick J. Chapman,

     Debtor.

## ORDER

This case is before the court on the following matter:

*25* − Rule 9007 Motion/Notice/Objection: Motion to Incur Debt in Chapter 13 Cases Only filed by Richard D. Shinbaum on behalf of Frederick J. Chapman. Responses due by 12/4/2017. (Attachments: # 1 Exhibit) (Shinbaum, Richard)

It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated December 5, 2017

*/s/ Dwight H. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge

```
                              United States Bankruptcy Court
                                Middle District of Alabama
In re:                                                              Case No. 15-30207-DHW
Frederick J. Chapman                                                Chapter 13
      Debtor                         CERTIFICATE OF NOTICE
District/off: 1127-2         User: admin                  Page 1 of 2             Date Rcvd: Dec 05, 2017
                             Form ID: ADI9007             Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
```
db          #+Frederick J. Chapman,    3439 Malabar Dr,    Montgomery, AL 36116-3818
3241391      ADVANCE ALABAMA,    C/O RICHARD DEAN,    P.O. BOX 1028,    Montgomery, AL 36101-1028
3241392     +ALABAMA ER ADMIN,    P.O. BOX 4419,    Woodland Hills, CA 91365-4419
3248762      Advance Alabama,    c/o Richard C. Dean, Jr.,    P.O. Box 1028,    Montgomery, AL 36101-1028
3241395      Always Money,    447 N.E Blvd,    Montgomery, AL 36117
3241396     +BAPTIST MEDICAL CENTER EAST,    PO BOX 241145,    Montgomery, AL 36124-1145
3241397      BAPTIST MEDICAL CENTER SOUTH,    P.O. BOX 241145,    Montgomery, AL 36124-1145
3241398     +COLONIAL SELF STORAGE,    P.O. BOX 6605,    ORANGE, CA 92863-6605
3266858     +D&J Property Management,    P.O.Box 780789,    Tallassee, Al 36078-0019
3241388      EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3241390      EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3241399     +FIRST SUN FINANCE,    33 SOUTH PERRY STREET,    Montgomery, AL 36104-3756
3241402     +PHYSICIANS TO CHILDREN,    470 TAYLOR ROAD STE 210,    Montgomery, AL 36117-3532
3241404    ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
             (address filed with court:   TMobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015-5341)
3241389     +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
3241394      E-mail/Text: bankruptcy@alagasco.com Dec 05 2017 22:23:48     ALABAMA GAS,    P.O. BOX 2224,
              Birmingham, AL 35246-0022
3241393     +E-mail/Text: bankruptcy@alagasco.com Dec 05 2017 22:23:48     ALABAMA GAS,    235 LEE STREET,
              Montgomery, AL 36104-3518
3261153     +E-mail/Text: bankruptcy@alagasco.com Dec 05 2017 22:23:48     Alabama Gas Corp,
              2101 6th Ave North,    Birmingham, AL 35203-2737
3266717     +E-mail/Text: bnc@atlasacq.com Dec 05 2017 22:21:09     Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
3283724     +E-mail/Text: michael@car-llc.com Dec 05 2017 22:20:51     Capital Asset Recovery,
              P.O. Box 192585,    Dallas, TX 75219-8523
3241400     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 05 2017 22:22:20     MIDLAND FUNDING LLC,
              8875 AERO DR,    San Diego, CA 92123-2255
3241401     +E-mail/Text: jenniferl@motorsacceptance.com Dec 05 2017 22:22:40     MOTORS ACCEPTANCE,
              P.O. BOX 468,    COLUMBUS, GA 31902-0468
3241403     +E-mail/Text: bankruptcy@speedyinc.com Dec 05 2017 22:21:34     SPEEDY CASH,
              3611 N RIDGE ROAD #104,    Wichita, KS 67205-1214
3247369      E-mail/Text: bankruptcy@tritonmgt.com Dec 05 2017 22:23:32     Always Money,
              447 N Eastern Blvd.,    Montgomery, AL 36117
                                                                                              TOTAL: 9
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          Advance Alabama,    c/o Richard C. Dean, Jr.,    P.O. Box 1028,    Montgomery, AL  36101-1028
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2017 at the address(es) listed below:

          Bankruptcy Administrator   ba@almb.uscourts.gov
          Richard C. Dean, Jr.   on behalf of Creditor   Advance Alabama rdean@mindspring.com,
           scrawford@deanlawfirm.org
          Richard D. Shinbaum   on behalf of Debtor Frederick J. Chapman rshinbaum@smclegal.com,
           scarter@smclegal.com;cthornton@smclegal.com
          Sabrina L. McKinney   trustees_office@ch13mdal.com

                                                                           TOTAL: 4